Case 3:13-cr-00015-SMR-HCA        Page 1 of 3        6/15/2017

**RECEIVED**
**JUN 1 9 2017**
**CLERK U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Number 3:13-cr-00015-002 |
| Plaintiff ) | |
| ) | |
| vs. ) | MOTION FOR EARLY TERMINATION |
| ) | |
| MICHAEL EFTHIMIATOS, ) | OF SUPERVISED RELEASE. |
| ) | |
| Defendant. ) | |

COMES NOW Michael Efthimiatos, Defendant in the above-captioned case, writing this motion PRO -SE , Respectfully asks the court to grant Early Termination Of Supervised Release, so I can have the flexibility to travel for work purposes and have the ability to take care of responsibilities overseas in Greece that need my attention.

Probation is aware that I am writing this request to the court, and I have been in full compliance with the terms and conditions of my supervision.

**(Reason for request)**

**Expanded Employment Opportunities**

On 5/24/2017 I was given permission by PSI test examination services to retake the Connecticut real estate salesperson exam . PSI notified me that the state of Connecticut had approved my application.

On 6/27/2017 I am scheduled to retake the exam in Milford Connecticut.

I intend on Practicing Real Estate in Connecticut and New York which has reciprocity with the Connecticut Real estate license. I live currently in Danbury Connecticut which is on the boarder of New York. Having my license will require me to look at and show properties often at the last minute or whenever a potential client my call. Travel flexibility will be required for this profession.

Currently I am working with PTG Dustless. It is a mobile sandblasting and restoration company. It is owned by my brother Pieter Efthimiatos.

The job often requires us to estimate and complete jobs in the close proximity states near Connecticut, for instance, Massachusetts, New York, and New Jersey, and occasionally Rhode Island. PTG Dustless often picks up trailers or other vehicles from customers to bring back to our facility in New Milford Connecticut to be worked on and then dropped off back to the consumer.

PTG also does on site work as well, for example, sandblasting paint off brick buildings, graffiti removal, etc. Often times I will be told last minute where the location of the next job is due to scheduling, weather, type of job, client availability, etc, and my ability to go to these job sites is restricted unless I give advanced notice to probation .

I have been in full compliance of the terms and conditions of my supervision. On 5/11/2017 based upon the positive adjustments of supervision I was transferred to Administrative caseload Supervision .

I have completed more than half of my supervised release and have less than 9 months remaining in supervision.

Additionally as the court is aware of, my family has a seasonal business in Greece, and I am part owner of that property. I will be needed again soon in the near future to return to Greece to help my sister with the family property. There are again maintenance issues and other property related documents that need my attention.

WHEREFORE Defendant prays that based on the reasons stated in the previous paragraphs,

that the court grant Early Termination of Supervised Release, So I can move forward with my

life's employment opportunities and ambitions. and, have flexibility to travel for work purposes,

without burdening the court and probation office with additional travel requests

Respectfully submitted,

_____

MICHAEL EFTHIMIATOS

17 Lower Lake Rd Danbury, Connecticut 06811

(203) 792-0266  Home

I hereby certify that a copy of the foregoing was sent to the US Attorney's office

131 E 4th St, suite 310 Davenport IA  52801  by mail on 6/15/2017.

_____