IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. 3:13-cr-00015-SMR-HCA |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MICHAEL G. EFTHIMIATOS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the report submitted by United States Probation Officer Kristin J. Schrems, it is **ORDERED** that Defendant Michael G. Efthimiatos's conditions of supervised release be modified to allow travel to Greece, prior to the end of 2017, for a period of time not to exceed, cumulatively, a total of sixty (60) days.

Dated this 3rd day of August, 2017.

_____
STEPHANIE M. ROSE
UNITED STATES DISTRICT JUDGE